**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   )   05-7167M-001 | |
| )                  | |
| Plaintiff,       ) | |
| )                  | |
| vs.                        ) | |
| )                  | |
| Nathaniel James Niblack,   )         **ORDER** | |
| )                  | |
| Defendant.    ) | |
| )                  | |

A pretrial revocation hearing on the petition on violation of release conditions was held on October 13, 2005 pursuant to 18 U.S.C. §3148..

**THE COURT FINDS** that it is unlikely that the Defendant would abide by any condition or combination of conditions of release and therefore he represents a flight risk.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 18th day of October, 2005.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge